No. 700. AMERICAN AUTOMOBILE INSURANCE CO. *v.* EMPLOYERS MUTUAL CASUALTY CO. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals

774

for the Tenth Circuit denied. *Mr. Austin M. Cowan* for petitioner. *Mr. Robert C. Foulston* for respondent.